IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GUY GENTILE NIGRO, | Civil Action No. 3:25-cv-1573 |
| Plaintiff, | |
| v. | [Removal from the Court of First Instance, Superior Court of San Juan, Commonwealth of Puerto Rico, Civil No. SJ2025CV08130] |
| DAVID LOPEZ, ESQ., MIRIAM TAUBER, ESQ., AVALON HOLDINGS CORPORATION and NEW CONCEPT ENERGY, INC. | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT FOR AVALON HOLDINGS CORP.**

**TO THE HONORABLE DISTRICT COURT**:

**COMES NOW** Avalon Holdings Corp. ("Avalon"), through the undersigned counsel, appear for removal only and reserve all defenses and rights available, and in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, certifies that:

1. Defendant Avalon is a non-governmental corporation, and that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Corporate parents:     **None**

Corporate affiliates (owners of more than 10% of the Plaintiff's stock):     **None**

Corporate subsidiaries:     **None**

**WHEREFORE,** Avalon respectfully requests that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 29th day of October 2025.

        **PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
        (local counsel for Defendants)
        Popular Center, 19th Floor
        209 Muñoz Rivera Ave.
        San Juan, Puerto Rico 00918
        Telephone: (787) 274-1212

        *s/ Oreste R. Ramos*
        Oreste R. Ramos
        USDC-PR Bar No. 216801
        oramos@pmalaw.com

        *s/ Christian A. Muñoz Lugo*
        Christian A. Muñoz Lugo
        USDC-PR Bar No. 305813
        cmunoz@pmalaw.com

        *s/ Miriam Tauber*
        Miriam Tauber, Esq.
        (*Pro Hac Vice* Application Pending)
        885 Park Avenue, Suite 2A
        New York, New York 10075
        Tel: 917.683.6823

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this date we electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served a true and correct copy of the foregoing by certified mail and via email to all counsel as identified on the service list below, this 29th day of October, 2025.

        PIETRANTONI MENDEZ & ALVAREZ

        *s/ Christian. A. Muñoz Lugo*
        Christian A. Muñoz Lugo

Juan A. Morales Gonzalez
Bufete Marquez-Morales
PO Box 1438
Maunabo, P.R. 00707

Calle Antonio R. Barcelo #39,
Maunabo, Puerto Rico 00707

e-mail: crmn_marquez@yahoo.com; jemm.derecho@gmail.com